■ CHAMBERS SERVICES, INC., Appellant, v CITY OF NEW YORK, Respondent. [716 NYS2d 296] —Order, Supreme Court, New York County (Ira Gammerman, J.), entered August 2, 1999, which granted defendant City of New York's motion to dismiss the complaint, unanimously affirmed, without costs.

The motion court properly found that plaintiff failed to exhaust its administrative remedies, as expressly required by the contract, prior to seeking judicial intervention. Concur—Rosenberger, J. P., Tom, Wallach, Rubin and Saxe, JJ.